UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr3956 JM |
| Plaintiff, | ) ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| DELFINO RUIZ-PAREDES, et al, | ) ) | [Docket No. 34] |
| Defendants. | ) ) | |

Upon the joint motion of counsel [Docket No. 34] and for good cause shown, the sentencing hearing in the above-entitled matter shall be continued from January 30, 2009 at 9:00 a.m. to ***March 6, 2009 at 9:00 a.m.***

IT IS SO ORDERED.

DATED: January 20, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge