UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr3956-01 JM |
| Plaintiff, | ) ) | |
| v. | ) | ORDER DENYING SECOND JOINT MOTION TO CONTINUE SENTENCING HEARING AS MOOT [Docket No. 38] |
| DELFINO RUIZ-PAREDES, ET AL., | ) ) | |
| Defendants. | ) ) | |

On February 19, 2009, on the Court's own motion, the Sentencing Hearing scheduled for March 6, 2009 was continued to April 10, 2009. On February 26, 2009, counsel submitted their Second Joint Motion to Continue Sentencing Hearing [Docket No. 38] requesting relief that had already been granted. Therefore, the motion is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: March 4, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge